787 A.2d 971

Cheryl BENSON, On Behalf of Wiley Stanley PATTERSON, Jr., A Minor, and Leona C. Lewis on Behalf of Aaron Patterson, A Minor, Petitioners,

v.

Danita C. PATTERSON, Executrix of the Estate of Wiley Stanley Patterson, Deceased, Respondent.

Supreme Court of Pennsylvania.

Jan. 10, 2002.

## ORDER

PER CURIAM:

**AND NOW,** this 10th day of January, 2002, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issues:

1.  May a minor child seek continued support from the estate of the child's deceased parent?

2.  Should the amount of child support to be paid by the estate of a child's deceased parent be determined in accordance with the support guidelines?

Justice EAKIN did not participate in the consideration or decision of this matter.